COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS



STATE OFFICE OF RISK
MANAGEMENT,


 Appellant,


v.


LINDA RODRIGUEZ,


 Appellee.
§


 


§


 


§


 


§


 


§


 


 § 


No. 08-09-00236-CV



Appeal from the


County Court at Law No. 7


of El Paso County, Texas


(TC# 2009-815)


MEMORANDUM OPINION


 Pending before the Court is Appellant's motion to dismiss this appeal pursuant to TEX. R.
APP. P. 42.1(a)(1) because Appellant no longer desires to prosecute it. Appellee has not objected
to the motion and there is no indication that dismissal would prevent Appellee from seeking relief
to which she would otherwise be entitled. See Tex. R. App. P. 42.1(a)(1). We therefore grant the
motion and dismiss the appeal. Costs are taxed against Appellant. Tex. R. App. P. 42.1(d).


 GUADALUPE RIVERA, Justice


October 7, 2009


Before Chew, C.J., McClure, and Rivera, JJ.